IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| BRENDA E. RIVERA, | * |
| Plaintiff, | * |
| vs. | * |
| | CASE NO. 4:20-CV-34 (CDL) |
| COLUMBUS CENTER, LLC, SOLOMON REINER, and ISAAC FISCHMAN, | * |
| | * |
| Defendants. | * |

O R D E R

Plaintiff filed this action on February 25, 2020. Plaintiff sought and was granted two extensions of time to serve Defendants Solomon Reiner and Isaac Fischman. *See* Order (Apr. 24, 2020), ECF No. 8; Order (Aug. 7, 2020), ECF No. 13. The extended deadline for Plaintiffs to file proofs of service for Reiner and Fischman was November 23, 2020. Plaintiff did not file any proof of service for these Defendants. The Court ordered Plaintiff to show cause why her claims against Reiner and Fischman should not be dismissed without prejudice for failure to effectuate service. Order (Nov. 25, 2020), ECF No. 19. Plaintiff did not respond to the show cause order and did not file proofs of service for Reiner and Fischman. Thus, her claims against Reiner and Fischman are dismissed without prejudice.

IT IS SO ORDERED, this 18th day of December, 2020.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA