**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| BRENDA E. RIVERA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. |
| | ) | 4:20-CV-34-CDL |
| COULMBUS CENTER, LLC dba | ) | |
| RIVER TOWNE CENTER, | ) | |
| SOLOMON REINER, and ISAAC | ) | |
| FISCHMAN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION OF DISMISSAL

COME NOW, the Plaintiff Brenda E. Rivera and the Defendant Columbus Center, LLC dba River Towne Center, and, pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(ii), hereby dismiss the above-styled civil action WITH PREJUDICE. Each party to pay its own fees, costs, and expenses

*STIPULATED TO BY:*

/s/John W. Roper
John W. Roper
Georgia Bar No. 614159
The Roper Law Firm
233 12th Street, Suite 602
Columbus, Georgia 31701
(T) 706.596.5353
(F) 706.780.1014
(E) johnroper@roperlaw.com

**Counsel for Plaintiff**

/s/ Bradley T. Adler
Bradley T. Adler
Georgia Bar No. 005525
Hillary L. Freesmeier
Georgia Bar No. 202626
Freeman Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(T)  770.818.0000
(F)  770.937.9960
(E)  badler@fmglaw.com
       hfreesmeier@gmail.com

**Counsel for Defendant Columbus Center**